# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICHARD CAPRI, | ) | 3:12-cv-00417-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | November 22, 2013 |
| | ) | |
| JAMES COX, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT: THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a motion for a court order to allow inmate Paul Kline [sic - Klein] #30918 to have possession of his legal materials and that plaintiff be allowed direct access to Paul Klein so that he may continue to assist plaintiff in this case (#28). Defendants have opposed the motion (#32), and plaintiff has filed a supplement (#35) which the court has construed as a reply.

Administrative Regulation 722.04 states in pertinent part:

> When an inmate other than an inmate library assistant is helping another inmate, all papers must be returned when either inmate is released; when either inmate is transferred to another institution; or when administrative action such as placement in disciplinary segregation prevents direct communication between the two inmates. The only exception is if the inmates are active co-defendants or co-plaintiffs on a current case being litigated.

Inmate Paul Klein has apparently been moved to a different unit in the prison which is not accessible to plaintiff. An administrative action has prevented plaintiff and Mr. Klein from direct communication. Therefore, plaintiff's motion (#28) is **DENIED**. The plaintiff has demonstrated through this motion, crafted on his own, that he is able to litigate this case. The plaintiff may also have the assistance of law clerks at the prison, and none of the issues in this case appears to be particularly complex. The court will not appoint one inmate to represent another.

Plaintiff's motion for extension of time due to heart surgery (#29) is **GRANTED**. Defendants and the court are unsure of what plaintiff is seeking additional time for because his motion is not clear.  However, to the extent that plaintiff is seeking additional time to file a dispositive motion and/or reply in support of his motion for temporary restraining order, plaintiff shall have to and including **Monday, March 3, 2014** to file either or both document(s).

**No further extensions of time shall be granted.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
       Deputy Clerk