UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| RICHARD CAPRI, | |
| Plaintiff, | CASE NO.: 3:12-CV-00417-RCJ-VPC |
| v. | O R D E R |
| JAMES COX, *et al.*, | |
| Defendants. | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #50) entered on November 18, 2013, in which the Magistrate Judge recommends that the Court deny Plaintiff's Motion for Temporary Restraining Order (#18). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #50).

IT IS HEREBY ORDERED that Plaintiff's Motion for Temporary Restraining Order (#18) is DENIED.

IT IS HEREBY ORDERED that Plaintiff's Motion for Voluntary Dismissal of Motion for Temporary Restraining Order (#51) is DENIED as MOOT.

IT IS SO ORDERED this 6th day of January, 2014.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE