UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICHARD CAPRI, | ) | 3:12-CV-00417-RCJ-VPC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | February 28, 2014 |
| JAMES COX, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On June 20, 2013, this court issued a scheduling order setting the discovery deadline as September 18, 2013 (#16). Plaintiff has filed a myriad of discovery motions and requests for extensions of time (#s 17, 29, & 40). The court granted plaintiff an extraordinarily generous amount of time to February 19, 2014 to complete discovery (a total discovery period of 244 days). Dispositive motions are due on March 3, 2014.

Plaintiff has now filed additional discovery motions and requests for extensions of time. Each motion will be addressed in turn.

**#56 Plaintiff's motion to compel discovery**

Plaintiff filed a motion to compel discovery (#56), defendants responded (#59), and plaintiff filed a supplement (#61). Plaintiff filed this motion before the discovery in question was due from defendants. Defendants served the responses to discovery on February 14, 2014 (#59). Therefore, plaintiff's motion to compel discovery (#56) is **DENIED as moot** and for failure to confer with opposing counsel concerning discovery disputes as required by Local Rule 26-7(b).

**#57 Plaintiff's motion for enlargement of time to extend discovery**

Plaintiff's motion for enlargement of time to extend discovery (#57) is **DENIED**. As stated above, plaintiff has been granted an almost unprecedented amount of time to complete discovery in this case. Discovery is now concluded and will not be reopened.

**#58  Plaintiff's motion to show cause**

Plaintiff's motion to show cause (#58) why defendants should not be sanctioned is without merit and is **DENIED**.

**#60 Plaintiff's motion for extension of time to file dispositive motions**

Despite the fact that multiple extensions of the dispositive motion deadline have already been granted, the court will **GRANT** this motion **in part** by allowing the parties one final brief extension of time to **Monday, March 10, 2014** to file dispositive motions.  **Absolutely, no further extensions of time will be granted under any circumstance.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
         Deputy Clerk