1
2
3
4
5

# UNITED STATES DISTRICT COURT

6

# DISTRICT OF NEVADA

7

8   RICHARD CAPRI,                          CASE NO.: 3:12-CV-00417-RCJ-VPC

9                   Plaintiff,

10          v.                              **ORDER**

11   JAMES COX, *et al.,*

12                   Defendants.

13

14          Before the Court is the Report and Recommendation of U.S. Magistrate Judge (#79[1]) entered on

15   July 1, 2014, recommending that Defendants' Motion for Summary Judgment (#66) be granted.

16   Plaintiff filed his Objection to the Report and Recommendation (#83) on August 26, 2014, and

17   Defendants' filed their Opposition to Plaintiff's Objections to the Report and Recommendation (#85)

18   on September 5, 2014.

19          The Court has conducted it's *de novo* review in this case, has fully considered the objections of

20   the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant

21   to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's

22   Report and Recommendation (#79) entered on July 1, 2014, should be adopted and accepted.

23          IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation (#79) is

24   ADOPTED AND ACCEPTED,

25          IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment (#66) is

26   GRANTED.

27   ///

28   ///

---

[1]Refers to court's docket number.

1    IT IS FURTHER ORDERED that Count III is DISMISSED.

2    IT IS FURTHER ORDERED that Plaintiff's Motion to Dismiss Defendant Gedney (#70) is

3  DENIED as MOOT.

4    IT IS FURTHER ORDERED that Plaintiff's Motion for Leave to file a Sur-Reply (#78) is

5  GRANTED *NUNC PRO TUNC*.

6    IT IS FURTHER ORDERED that Defendants' Motion for Leave to File Exhibit B Under Seal

7  (#84) is GRANTED.

8    IT IS FURTHER ORDERED that Plaintiff's Motion for Extension of Time to Respond to

9  Defendants' Opposition (#88) is DENIED as MOOT.

10    IT IS FURTHER ORDERED that the Clerk of the Court enter judgment accordingly and close

11  this case.

12    IT IS SO ORDERED.

13    DATED: this 31st day of October, 2014.

14

15                                        _____

16                                        ROBERT C. JONES

17

18

19

20

21

22

23

24

25

26

27

28